UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 0 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

**FILED**
NOV 1 5 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30516 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-99-00036-a-HRH |
| v. | District of Alaska, Anchorage |
| GERSON NUNEZ, | ORDER |
| Defendant - Appellant. | |

A review of the record demonstrates that this appeal may be appropriate for summary disposition because the questions on which the decision in the appeal depends may be so insubstantial as not to justify further proceedings. See 9th Cir. R. 3-6.

Within 21 days from entry of this order, appellant shall show cause why the judgment in this appeal should not be summarily affirmed. Appellee may file a reply to appellant's response within ten days from service of the response.

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days after the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; or (2) pay $255 to the district court as the docketing and filing fees for

S:\PROSE\clerkords\2005\11.05\05-30516.wpd

624

05-30516

this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute.

If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit R. 42-1.

> For the Court:
>
> CATHY A. CATTERSON
> Clerk of the Court
>
> *Corina Orozco*
> Corina Orozco
> Deputy Clerk
> Local Rule 27-7

A99-0036---CR (HRH)    12/5/05

D. NUNEZ
J. BARKELEY (USA)
JUDGE HOLLAND

S:\PROSE\clerkords\2005\11.05\05-30516.wpd        2