**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 0 2 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
MAR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GERSON NUNEZ,<br><br>Defendant - Appellant. | No. 05-30516<br><br>D.C. No. CR-99-00036-a-HRH<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Appellant's motion for extension of time to pay the docketing and filing fees is denied.

On January 27, 2006, this court issued an order directing appellant to pay $255 to the district court within 21 days as the docketing and filing fees for this appeal and provide proof of payment to this court. The order further stated that, if appellant failed to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit R. 42-1, regardless of further filings by appellant.

Therefore, this appeal is dismissed pursuant to the January 27, 2006 order.

S:\PROSE\clerkords\2006\2.06\05-30516.wpd

05-30516

A certified copy of this order served on the district court shall act as and for the mandate of this court.

> For the Court:
>
> CATHY A. CATTERSON
> Clerk of the Court
>
> _Corina Orozco_ (signature)
> Corina Orozco
> Deputy Clerk
> Local Rule 27-7



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 0 2 2006

by: _____
Deputy Clerk