Gerson Nunez
Name
46057-054
Prison Number
FPC-Canaan
Place of Confinement

P.O. Box 200

Waymart, PA 18472
Address
   N/A
Telephone



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A99-0036-CR-HRH |
| vs. | |
| GERSON NUNEZ | MOTION |
| , | to/for COPIES OF JURY TRIAL |
| Defendant(s). | |

I, Gerson Nunez, proceeding without a lawyer, move

to/for copies of Defenant jury trial

under the following statute(s)/rule(s) (if known)   N/A

for the following reason(s): Defendant had a writ of certiorari pending

in the Supreme Court. The Supreme Court docketed on June 29,

2006, docket number 05-11846. Defendant would amend the certio-

PS 15 (effective 8/05)

rari; and, in order to do so, Defendant needs copy of his jury trial for the issues that Defendants would present on the amend complaint. Further Defendant, has a case pending in the United States Court of Appeals for the Ninth Circuit No. 06-74018. Given the facts that Defendant is acting pro se, this Honorable Court should supply with copies of the trial without fees in the interest of justice; and for Defendant to prepare the claims.

### Declaration Under Penalty of Perjury

I, __Gerson Nunez_____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __August 23, 2006_____, at __FPC-Canaan, Waymart, PA__.

_____/s/ Gerson Nunez_____
Signature

### Certificate of Service

I certify that, on __August 23, 2006_____ a copy of this motion
(Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on__Audrey J. Renschen A.U.S.A.__
(Opposing Party or Counsel)

at __222 West 7th Avenue #9, Anchorage, AK 99513_____.
(Address)

_____/s/ Gerson Nunez_____
Signature