8/3/06

RECEIVED

SEP 0 5 2006

CLERK, U.S. ~~~~~~~~~~
ANCHORAGE, ALASKA

Gerson Nunez
Reg.No. 46057-054
Federal Prison Camp
P.O. Box 200
Waymart, PA 18472

Clerk of the Court
U.S. Courthouse
222 West 7th Avenue #4
Anchorage, AK 99513

RE: <u>Gerson Nunez v. United States</u> No.A99-0036-CR-HRH

Dear Sir/Madam;

   I filed a motion for copy of my jury trial transcript at not cost. However, this Court have not decide yet whether to supply me with copy or not.

   If this Court grant my request, I enclosed copy of an authorization form that need to be inside the document that are send it to me in order for me to receive the legal paper work which consist of more than 200 pages. An authorization form is needed to allow so much paper at one time. Please enclosed this form along with the copies of my trial that you are sending me. Thank you for your attention concerning this matter.

*[signature]*
Gerson Nunez

Page  -1-