**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**AUTHORIZATION TO RECEIVE PACKAGE OR PROPERTY**

| Name and Address of Person Sending Package | | | EXPIRATION DATE |
|---|---|---|---|
| (Name) Clerk of the Court | | | 9/30/06 |
| (Address) 222 West 7th Avenue #4 | | | This Authorization Is Not Valid After The Date Shown. |
| | | | Enter Inmate Name, Register No., and Institution Address Here: |
| (City) Anchorage, | (State) AK | (Zip Code) 99513 | Gerson Nunez<br>Reg.No. 46057-054<br>FPC-Canaan, P.O. Box 200<br>Waymart, PA 18472 |

THE NAMED INMATE IS AUTHORIZED TO RECEIVE (specify below):

You are authorized to send the following personal property. PLEASE NOTE: Including unauthorized materials in the package will result in the entire package being returned undelivered.

| QUANTITY | ITEM AND DESCRIPTION (INCLUDED STATED VALUE) | DISPOSITION |
|---|---|---|
| 209 | Pages of Legal Paper Work      $104.50 | |
| | | |
| | | |
| | | |
| | | |
| | | |

SPECIAL INSTRUCTIONS: The inmate will mail the pink and goldenrod copy to addressee. The addressee may retain the pink copy but must include the GOLDENROD IN THE PACKAGE. The material must also be received prior to the Expiration Date shown above.

DISPOSITION: **S** = Storage; **D** = Donated; **K** = Keep in Possession; **M** = Mail; **C** = Contraband

ENTER SIGNATURE, TITLE AND DATE OF APPROVING OFFICIAL — APPROVING OFFICIAL ALSO ENTERS EXPIRATION DATE, above.

_____    8/30/06
(Signature and Title)               (Date Approved)

**INSPECTION AND RECEIPT**

Completed by Inspecting Staff

Status/Condition of Property Received:

Inspected and cleared for issue: _____
                                (Staff Signature)         (Date)

_____
(Inmate Signature Upon Receipt)    (Date)

The white, green and canary copy remain together until fully completed.
The pink and goldenrod are forwarded to the addressee by the inmate.

Final Filing: White - Central File
             Green - R&D Property File
             Canary - Inmate
             Pink - Addressee to keep
             Goldenrod - Addressee place in package

USP LVN

BP-331(58)
OCTOBER 1988