```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,         )
                                  )
                    Plaintiff,    )
                                  )
        vs.                       )
                                  )
                                  )
FANNY MARGARITA PALACIOS-IBARRA,  )
et al.,                           )
                                  )
                    Defendants.   )
_____ )
                                  )   No. 3:99-cr-0036-HRH
This Order Pertains to:           )
                                  )
GERSON NUNEZ [D-02]               )
_____ )
```

O R D E R

Motion for Transcript Copies

Defendant Gerson Nunez has filed a motion for copies of jury trial,[1] which the court understands to be a request for a copy of a paper transcript of defendant's trial.  The court has ascertained from the clerk of court that no complete transcript of the trial of the instant case has ever been prepared, although transcripts of Day 2, Day 3, and a partial transcript of Day 4 exists.  Defendant would use a transcript

---

[1] Clerk's Docket No. 628.

in connection with a circuit court appeal and certiorari petitions.

The court has ascertained that defendant's Ninth Circuit appeal has been decided and that a mandate was issued March 2, 2006. The court has also ascertained that the defendant has filed two petitions for certiorari. One was denied on June 26, 2006, and the other was denied on October 2, 2006. Accordingly, it is the court's perception that there is no present need for the preparation of a transcript.

The motion is denied.

DATED at Anchorage, Alaska, this 20th day of October, 2006.

/s/ H. Russel Holland
United States District Judge