RECEIVED
MAY 02 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GERSON NUNEZ, <br> Petitioner, | ) <br> ) <br> ) | |
| vs. | ) <br> ) <br> ) | D.C. NO.: A99-0036-02-HRH-JMF |
| UNITED STATES OF AMERICA, <br> Respondent. | ) <br> ) <br> ) <br> ) | Hon. H. Russel Holland, <br> U.S. District Judge |

**MOTION TO AMEND PETITIONER'S PRESENTENCE REPORT INVESTIGATION (PSI) SPECIFICALLY PARAGRAPH 57. SUBSTANCE ABUSE**

**NOW COMES**, Gerson Nunez, Petitioner, Pro se, in the above matter; does submit and file this "Motion To Amend Petitioner's Presentence Report Investigation (PSI) Specifically Paragraph 57. Substance Abuse"; and after review all records, pleadings, motions, documents, and things alike, and in consideration of the "Memorandum Of Law" annexed hereto; does respectfully move the Honorable Court to issue an Order and **GRANT** this motion, in the interest of justice.

Page 1 of 2

FURTHER, that the Court **GRANT** any and all other relief it deems just and proper according to law, in the interest of justice.

Respectfully Submitted this 26th day of April, 2007.

*/s/ Gerson Nunez*
Gerson Nunez
Reg.No. 46057-054
FPC-Canaan, P.O. Box 200
Waymart, PA 18472
Pro se Petitioner.

### CERTIFICATE OF SERVICE

I, Gerson Nunez, hereby certify that a copy of this "Motion To Amend Petitioner's Presentence Report Investigation (PSI) Specifically Paragraph 57. Substance Abuse" and annexed "Memorandum of Law" was placed in the SPC-Canaan prison "Legal/Special Mail" system, first class mail, postage prepaid, on this 26th day of April 2007, for delivery to the following:

Audrey J. Renschen
Assistant United States Attorney
222 West 7th Avenue #9
Anchorage, Alaska 99513

Sylvia Carvajal
U.S. Probation Officer
222 West 7th Avenue
Anchorage, AK 99513

*/s/ Gerson Nunez*
Gerson Nunez

Gerson Núnez #46057-054
FPC-Canaan, P.O. Box 200
Waymart, PA 18472

7004 1160 0005 2328 0296

"LEGAL MAIL"

TO: Clerk of the Court
United States District Court
District of Alaska
222 West 7th Avenue #4
Anchorage, AK 99513



U.S. POSTAGE PAID
WAYMART, PA
18472
APR 27 '07
AMOUNT $0.00
0002971205