EXHIBIT -B-

RECEIVED
MAY 0 2 2007
CLERK, ...
ANCHORAGE, ALASKA

1  Counts XIV and XXIII, all of which terms will be served
2  concurrently.
3      Within 72 hours of release, and the Bureau of
4  Prisons, you shall report in person to a probation
5  office in the district in which you have been released.
6  While on supervised release, you shall not commit
7  another federal, state or local offense.  May not
8  possess a firearm or illegal controlled substances, and
9  shall comply with all the conditions that are included
10 within the judgment issued by this court.
11     I am going to find that there may be a risk of
12 future substance abuse, and you shall refrain from the
13 unlawful use of controlled substances, and submit to a
14 drug test within 15 days of release on supervised
15 release, and at least several periodic drug tests
16 thereafter at the direction of the probation officer.
17     You shall comply with the following special
18 conditions.  You are required to submit to a
19 warrantless search of your person, residence, vehicle,
20 office place of employment or business at reasonable
21 times and in a reasonable manner, based upon reasonable
22 suspicion of contraband or evidence of violation of a
23 conditional release.  Failure to submit to a search may
24 be grounds for revocation.  You shall not reside in any
25 location without having first advised other residents

H & M COURT REPORTING
1843 Scenic Way o Anchorage, Alaska 99501 o (907) 274-5661 o FAX (907) 277-3992

USA v. Nunez
Sentencing Hearing (04/06/00)
Files/Dep-Trav/Nunez.HN

Exhibit ___5___
Page __10__ of __13__ pages

SER00202

9