

April 25, 2006

Attn: Psychology Dept.

Re: Gerson Nunez

To Whom It May Concern:

I am writing a behavioral summary on behalf of Gerson Nunez. My name is Mr. Jamal Kalee Ferguson, Psychotherapy Consultant. Gerson Nunez had been receiving out patient services for drug addiction since June 1998. During that time Gerson Nunez, was and had made marked improvement during his treatment sessions. Gerson Nunez's temperament in our initial sessions showed reluctance toward treatment, quick frustration, sensitivity, and impulsivity with physiological dependence.

Gerson Nunez was highly tense in the beginning. His level of anxiety was severe in terms of exhibiting signs of mood disorder as well as psychotic disorder with delusions. As the sessions progress Gerson Nunez was able to learn and display appropriate pro-social behaviors when cessation of cocaine use had been prolonged via psychotherapy interventions. It is my sincere and hopeful opinion that Gerson Nunez should continue with his treatment with in the constraints of his incarceration.

It is my recommendation that Mr. Gerson Nunez be allowed to participate in all the rehabilitation programs afforded within your facility. It is my intention to furnish this letter as a means to promulgate Gerson Nunez's psychotherapy sessions. For further assistance I can be reach at (215) 888-6727.

Respectfully,

Jamal Kalee Ferguson, M.S. Ed., M.S.,
Psychotherapy Consultant