- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA        v.   PALACIOS-IBARRA, et al.

THE HONORABLE H. RUSSEL HOLLAND     CASE NO.  3:99-cr-0036-HRH

This Minute Order Pertains to:      Gerson NUNEZ (D-02)

   Deputy Clerk                        Official Recorder

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Defendant Gerson Nunez moves for an amendment to his presentence report.  (Docket No. 642.)  Nunez requests expedited consideration of this motion.  (Docket No. 643 at 5.)

Nunez's request for expedited consideration is granted.  On or before May 11, 2007, the Government will please serve and file its opposition, if any, to the motion to amend.

- 1 -