Attached -C-

```
CAA1I  607.00  *     MALE CUSTODY CLASSIFICATION FORM     *    11-15-2007
PAGE 001 OF 001                                                10:29:53
         REGNO: 46057-054          FORM DATE: 11-15-2007       ORG: CAA
(A) NAME....: NUNEZ                GERSON
DES FACL/LEV: CAA SCP   /MINIMUM   MGTV: NONE
PUBSFTY: NONE                      MVED:
(B) DETAINER: (0) NONE             SEVERITY.......: (3) MODERATE
MOS REL.....: 27                   CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.....: (0) NONE             VIOLENCE.......: (0) NONE
VOL SURR....: (0) N/A              AGE CATEGORY...: (4) 25 THROUGH 35
EDUC LEV....: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5YR
(C) TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS.......: (1) AVERAGE  TYPE DISCIP RPT: (5) NONE
FREQ DISCIP REPORT..: (3) NONE     FAMILY/COMMUN..: (4) GOOD
========================= LEVEL AND CUSTODY SUMMARY =========================
BASE   CUST  VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL   CUSTODY  CONSIDER
 +7    +18     -2        +5        MINIMUM      N/A             OUT    DECREASE
(D) TYPE REVIEW     NEW CUSTODY   APPROVED: ✓YES ___NO  NEXT REVIEW: 11/2008
    ✓REGULAR        ___MAX
    ___EXCEPTION    ___IN         CHAIRPERSON SIGNATURE....:
                    ✓OUT          WARDEN/DESIGNEE SIGNATURE
                    ___COM            FOR EXCEPTION REVIEW:
```

REASON(S) FOR NOT FOLLOWING FORM'S RECOMMENDATION:

Remain Out custody, Not yet eligible for community programs.

COPY: CENTRAL FILE, SECTION TWO
      INMATE

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED