ATTACHED -A-

**PRESENTENCE REPORT - NUNEZ, Gerson**

conviction, in preparation for that offense, or in the course of attempting to avoid detection or responsibility for that offense. U.S.S.G. § 1B1.3(a)(1)(A)and (B).

21. According to the drug equivalency table in U.S.S.G. § 2D1.1,-comment.(n.10), the amounts of cocaine base are multiplied by 100 to reach a cocaine-powder equivalency, thereby allowing all the cocaine base to be converted to cocaine powder for purposes of the guideline calculations.

22. The amounts of cocaine attributable to NUNEZ are as follows by paragraph number of Attachment A: *should have included p18*

| | | |
|---|---|---|
| 20 | ✓ | the October 9, 1998 transaction (Count 14) involving 27.1 grams of cocaine powder); |
| (22) | - | the October 16, 1998 transaction involving 25.2 grams of cocaine base (equivalent to to 2520 grams of cocaine powder); |
| 23 | - | the October 22, 1998 transaction involving 25.4 grams of cocaine base (equivalent to 2,540 grams of cocaine powder); |
| 25 | ✓ | the October 30, 1998 transaction (Count 17) involving 26.8 grams of cocaine base (equivalent to 2,680 grams of cocaine powder); |
| 26 | ✓ | the November 5, 1998 transaction (Count 18) involving 25.8 grams of cocaine base (equivalent to 2,580 grams of cocaine powder); |
| 28 | ✓ | the November 16, 1998 transaction (Count 19) involving 27.1 grams of cocaine base (equivalent to 2,710 grams of cocaine powder); |
| 29 | - | the telephone conversation wherein Arelis Ceballos informed Mirian Nunez of Gerson NUNEZ's debt to Mirian Nunez for the November 18, 1999 transaction involving two "Coronas" or 56.7 grams of cocaine powder; |
| 34 | ✓ | the December 3, 1998 transaction involving 27.5 grams of cocaine powder; |
| 45 | ✓ | the December 29, 1998 transaction (Count 23) involving 56.1 grams of cocaine powder; |
| 46 | - | the conversation between the UCO and NUNEZ wherein the UCO inquired about purchasing nine ounces of cocaine and NUNEZ advised the UCO that he could sell the nine ounces that day for $900 per ounce, (255.15 grams of powder cocaine); |
| 57 | - | the April 12, 1999, interview with Fanny Margarita Palacios-Ibarra where she described a transaction when she, Labere, and Mirian Nunez picked up seven ounces (198.45 grams) of powder cocaine from Gerson NUNEZ and delivered it to a customer who paid $700 cash per ounce; |

*[Handwritten margin notes:] Mirian & Fran sold to Ernie Ger → used F2Kce phone → DROVE Ger car → [crossed out] - living in G apt → using L store w closed*

March 22, 2000                                     4