Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|         Plaintiff, | ) |
|   v. | ) |
| | ) |
| FANNY MARGARITA PALACIOS-IBARRA | ) |
|     a/k/a, "La Mexicana", | ) |
|     a/k/a, "Mex", a/k/a, "La Loca", | ) |
|     a/k/a, "Karla", a/k/a, "Kara", | ) |
|     a/k/a, Marangeli Castro Rivera, | ) |
|     a/k/a, Marangeli Rivera Castro, | ) |
| GERSON NUNEZ, | ) |
| MIRIAN YNOCENCIA NUNEZ a/k/a, Mirian | ) |
|     Ynocencia Ceballos-Liriano, | ) |
| JUAN FRANCISCO "Frank" RINCON VALERA, | ) |
| FELIPE ALBERTO NUNEZ MERCEDES, | ) |
| ANTONIO PANIAGUA HODGE, | ) |
| JULIO ENRIQUE VELEZ a/k/a, Antonio | ) |
|     Dominguez, a/k/a, "Tony", | ) |
| KARA GRACE CLEVELAND a/k/a, | ) |
|     "L'Americana", a/k/a, "La Gorda", | ) |
| LUIS SUAZO GUERRERO a/k/a, Papito", | ) |
| SALVADOR AYALA SANCHEZ, | ) |
| EDWARD S. LABERE a/k/a, "El Indio", | ) |
| EFRAIN LECHUGA GUTIERREZ | ) |
|     a/k/a, Lucas Gutierrez, | ) |
|     a/k/a, Antonio Gutierrez, | ) |
|     a/k/a, "Tony", a/k/a, "Lechuga", | ) |
| ARELIS YNOCENCIA CEBALLOS-LIRIANO, | ) |
| FELIPE SANCHEZ MONTES a/k/a, Felipe | ) |
|     Salazar, a/k/a Homero Picazo, | ) |
|     a/k/a, "Marco", a/k/a, "Marcos", | ) |
| | ) |
|         Defendants. | ) |
| _____ | ) Case No. 3:99-cr-036-HRH |

**ENTRY OF APPEARANCE**

COMES NOW JOHN C. PHARR and hereby enters his appearance of record for defendant GERSON NUNEZ.

All further notices, filings, and other documents required to be served upon or otherwise furnished to defendant in this matter shall be delivered to the undersigned at:

>LAW OFFICES OF JOHN C. PHARR
>733 W. 4th Avenue, Suite 308
>Anchorage, Alaska  99501
>
>Telephone:  907/272-2525
>Facsimile:  907/277-9859
>e-mail: jpharr@gci.net

DATED at Anchorage, Alaska, this 28th day of February 2008.

>LAW OFFICES OF JOHN C. PHARR
>Attorneys for Defendant,
>Gerson Nunez
>
>By: _/s/ John C. Pharr_____
>
>733 W. 4th Ave, Suite 308
>Anchorage, Alaska 99501
>Phone: 907/272-2525
>Fax: 907/277-9859
>E-mail: jpharr@gci.net
>AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
February 28, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr

*ENTRY OF APPEARANCE*
*United States of America v. Gerson Nunez et al.*                           *Page 2 of 2*
*Case No. 3:99-cr-036-HRH*