Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FANNY MARGARITA PALACIOS-IBARRA | ) |
|     a/k/a, "La Mexicana", | ) |
|     a/k/a, "Mex", a/k/a, "La Loca", | ) |
|     a/k/a, "Karla", a/k/a, "Kara", | ) |
|     a/k/a, Marangeli Castro Rivera, | ) |
|     a/k/a, Marangeli Rivera Castro, | ) |
| GERSON NUNEZ, | ) |
| MIRIAN YNOCENCIA NUNEZ a/k/a, Mirian | ) |
|     Ynocencia Ceballos-Liriano, | ) |
| JUAN FRANCISCO "Frank" RINCON VALERA, | ) |
| FELIPE ALBERTO NUNEZ MERCEDES, | ) |
| ANTONIO PANIAGUA HODGE, | ) |
| JULIO ENRIQUE VELEZ a/k/a, Antonio | ) |
|     Dominguez, a/k/a, "Tony", | ) |
| KARA GRACE CLEVELAND a/k/a, | ) |
|     "L'Americana", a/k/a, "La Gorda", | ) |
| LUIS SUAZO GUERRERO a/k/a, Papito", | ) |
| SALVADOR AYALA SANCHEZ, | ) |
| EDWARD S. LABERE a/k/a, "El Indio", | ) |
| EFRAIN LECHUGA GUTIERREZ | ) |
|     a/k/a, Lucas Gutierrez, | ) |
|     a/k/a, Antonio Gutierrez, | ) |
|     a/k/a, "Tony", a/k/a, "Lechuga", | ) |
| ARELIS YNOCENCIA CEBALLOS-LIRIANO, | ) |
| FELIPE SANCHEZ MONTES a/k/a, Felipe | ) |
|     Salazar, a/k/a Homero Picazo, | ) |
|     a/k/a, "Marco", a/k/a, "Marcos", | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No. 3:99-cr-036-HRH |

*MOTION TO REDUCE SENTENCE*
*United States of America v. Gerson Nunez*
*Case No. 3:99-cr-036-HRH*      *Page 1 of 2*

**MOTION TO REDUCE SENTENCE**

*[Filed on shortened time.]*

The defendant, by and through his attorney of record John C. Pharr, of the LAW OFFICES OF JOHN C. PHARR, respectfully moves this court, pursuant to 18 U.S.C. § 3582(c), for an order reducing the term of imprisonment from 151 months to a sentence of time served on the grounds that the retroactive amendment to the Crack Cocaine Guideline changes the base offense level in defendant's presentence report from 34 to 32, and a criminal history category of I. Defendant was subject to a 60 month mandatory minimum.

This motion is supported by the attached memorandum of law.

DATED at Anchorage, Alaska, this 3rd day of March 2008.

> s/John C. Pharr
> Attorneys for Defendant,
> Gerson Nunez
> 733 W. 4th Ave, Suite 308
> Anchorage, Alaska 99501
> Phone: 907/272-2525
> Fax: 907/277-9859
> E-mail: jpharr@gci.net
> AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
March 4, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr

*MOTION TO REDUCE SENTENCE*
*United States of America v. Gerson Nunez*
*Case No. 3:99-cr-036-HRH*                                          *Page 2 of 2*