Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FANNY MARGARITA PALACIOS-IBARRA | ) |
|     a/k/a, "La Mexicana", | ) |
|     a/k/a, "Mex", a/k/a, "La Loca", | ) |
|     a/k/a, "Karla", a/k/a, "Kara", | ) |
|     a/k/a, Marangeli Castro Rivera, | ) |
|     a/k/a, Marangeli Rivera Castro, | ) |
| GERSON NUNEZ, | ) |
| MIRIAN YNOCENCIA NUNEZ a/k/a, Mirian | ) |
|     Ynocencia Ceballos-Liriano, | ) |
| JUAN FRANCISCO "Frank" RINCON VALERA, | ) |
| FELIPE ALBERTO NUNEZ MERCEDES, | ) |
| ANTONIO PANIAGUA HODGE, | ) |
| JULIO ENRIQUE VELEZ a/k/a, Antonio | ) |
|     Dominguez, a/k/a, "Tony", | ) |
| KARA GRACE CLEVELAND a/k/a, | ) |
|     "L'Americana", a/k/a, "La Gorda", | ) |
| LUIS SUAZO GUERRERO a/k/a, Papito", | ) |
| SALVADOR AYALA SANCHEZ, | ) |
| EDWARD S. LABERE a/k/a, "El Indio", | ) |
| EFRAIN LECHUGA GUTIERREZ | ) |
|     a/k/a, Lucas Gutierrez, | ) |
|     a/k/a, Antonio Gutierrez, | ) |
|     a/k/a, "Tony", a/k/a, "Lechuga", | ) |
| ARELIS YNOCENCIA CEBALLOS-LIRIANO, | ) |
| FELIPE SANCHEZ MONTES a/k/a, Felipe | ) |
|     Salazar, a/k/a Homero Picazo, | ) |
|     a/k/a, "Marco", a/k/a, "Marcos", | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No. 3:99-cr-036-HRH |

*MOTION TO WITHDRAW MOTION FILED ON MARCH 3, 2008*
*United States of America v. Gerson Nunez*
*Case No. 3:99-cr-036-HRH*                                            *Page 1 of 2*

**MOTION TO WITHDRAW MOTION FILED ON MARCH 3, 2008**

COMES NOW defendant Gerson Nunez by and through his attorney of record John C. Pharr of the LAW OFFICES OF JOHN C. PHARR, and hereby requests the court to withdraw the motion to reduce sentence filed on shortened time on March 3, 2008.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 6th day of March 2008.

    s/John C. Pharr
    Attorneys for Defendant,
    Gerson Nunez
    733 W. 4th Ave, Suite 308
    Anchorage, Alaska 99501
    Phone: 907/272-2525
    Fax: 907/277-9859
    E-mail: jpharr@gci.net
    AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
March 6, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr

*MOTION TO WITHDRAW MOTION FILED ON MARCH 3, 2008*
*United States of America v. Gerson Nunez*
*Case No. 3:99-cr-036-HRH*　　　　　　　　　　　　　　　　　　　　　　　*Page 2 of 2*