Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
FANNY MARGARITA PALACIOS-IBARRA )
a/k/a, "La Mexicana", )
a/k/a, "Mex", a/k/a, "La Loca", )
a/k/a, "Karla", a/k/a, "Kara", )
a/k/a, Marangeli Castro Rivera, )
a/k/a, Marangeli Rivera Castro, )
GERSON NUNEZ, )
MIRIAN YNOCENCIA NUNEZ a/k/a, Mirian )
Ynocencia Ceballos-Liriano, )
JUAN FRANCISCO "Frank" RINCON VALERA, )
FELIPE ALBERTO NUNEZ MERCEDES, )
ANTONIO PANIAGUA HODGE, )
JULIO ENRIQUE VELEZ a/k/a, Antonio )
Dominguez, a/k/a, "Tony", )
KARA GRACE CLEVELAND a/k/a, )
"L'Americana", a/k/a, "La Gorda", )
LUIS SUAZO GUERRERO a/k/a, Papito", )
SALVADOR AYALA SANCHEZ, )
EDWARD S. LABERE a/k/a, "El Indio", )
EFRAIN LECHUGA GUTIERREZ )
a/k/a, Lucas Gutierrez, )
a/k/a, Antonio Gutierrez, )
a/k/a, "Tony", a/k/a, "Lechuga", )
ARELIS YNOCENCIA CEBALLOS-LIRIANO, )
FELIPE SANCHEZ MONTES a/k/a, Felipe )
Salazar, a/k/a Homero Picazo, )
a/k/a, "Marco", a/k/a, "Marcos", )
)
Defendants. )
) Case No. 3:99-cr-036-HRH

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

I, John Pharr, depose and state as follows:

1. I am the attorney of record for defendant Gerson Nunez who is incarcerated at USP Canaan.

2. Upon closer examination, Mr. Nunez's quantities were composed of both crack and powder cocaine, so that my original analysis was in error. My client wants to file his own motion, since I told him I must withdraw the motion I filed.

3. I am therefore requesting this court to withdraw the motion to reduce sentence filed on shortened time on 3-3-08.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 6th day of March 2008.

By: ______________________
John C. Pharr, Esq.,
Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 6th day of March 2008, at Anchorage, Alaska.

Sharon R. Leippi
Notary Public in and for Alaska
My commission expires: June 8, 2010

SHARON R. LEIPPI
NOTARY PUBLIC
STATE OF ALASKA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2008, a copy of the foregoing was served electronically:

U.S. Attorney's Office

By: ______________________
John C. Pharr

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859