# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA         v.   PALACIOS-IBARRA, et al.

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.   3:99-cr-0036-HRH

This Minute Order Pertains to:        Gerson NUNEZ (D-02)

Deputy Clerk                           Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court is in receipt of attorney John C. Pharr's motion to withdraw (Docket No. 673) the motion to reduce sentence (Docket No. 670) that was filed on shortened time on March 4, 2008, on behalf of defendant Gerson Nunez.

The motion to withdraw motion is granted.