Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| FANNY MARGARITA PALACIOS-IBARRA | ) |
|     a/k/a, "La Mexicana", | ) |
|     a/k/a, "Mex", a/k/a, "La Loca", | ) |
|     a/k/a, "Karla", a/k/a, "Kara", | ) |
|     a/k/a, Marangeli Castro Rivera, | ) |
|     a/k/a, Marangeli Rivera Castro, | ) |
| GERSON NUNEZ, | ) |
| MIRIAN YNOCENCIA NUNEZ a/k/a, Mirian | ) |
|     Ynocencia Ceballos-Liriano, | ) |
| JUAN FRANCISCO "Frank" RINCON VALERA, | ) |
| FELIPE ALBERTO NUNEZ MERCEDES, | ) |
| ANTONIO PANIAGUA HODGE, | ) |
| JULIO ENRIQUE VELEZ a/k/a, Antonio | ) |
|     Dominguez, a/k/a, "Tony", | ) |
| KARA GRACE CLEVELAND a/k/a, | ) |
|     "L'Americana", a/k/a, "La Gorda", | ) |
| LUIS SUAZO GUERRERO a/k/a, Papito", | ) |
| SALVADOR AYALA SANCHEZ, | ) |
| EDWARD S. LABERE a/k/a, "El Indio", | ) |
| EFRAIN LECHUGA GUTIERREZ | ) |
|     a/k/a, Lucas Gutierrez, | ) |
|     a/k/a, Antonio Gutierrez, | ) |
|     a/k/a, "Tony", a/k/a, "Lechuga", | ) |
| ARELIS YNOCENCIA CEBALLOS-LIRIANO, | ) |
| FELIPE SANCHEZ MONTES a/k/a, Felipe | ) |
|     Salazar, a/k/a, Homero Picazo, | ) |
|     a/k/a, "Marco", a/k/a, "Marcos", | ) |
|  | ) |
| Defendants. | ) |
|  | ) Case No. 3:99-cr-036-HRH |

*MOTION TO WITHDRAW AS COUNSEL OF RECORD*
*United States of America v. Gerson Nunez*                                 *Page 1 of 2*
*Case No. 3:99-cr-036-HRH*

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW John C. Pharr of the LAW OFFICES OF JOHN C. PHARR, counsel for defendant Gerson Nunez, and hereby moves this court pursuant to Alaska Rule of Civil Procedure 81(e)(1)(A) to withdraw in the above matter. This motion is supported by the affidavit of counsel.

DATED at Anchorage, Alaska, this 11th day of March 2008.

> LAW OFFICES OF JOHN C. PHARR
>
> s/John C. Pharr
> Attorneys for Defendant,
> Gerson Nunez
> 733 W. 4th Ave, Suite 308
> Anchorage, Alaska 99501
> Phone: 907/272-2525
> Fax: 907/277-9859
> E-mail: jpharr@gci.net
> AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
March 11, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr