Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FANNY MARGARITA PALACIOS-IBARRA | ) |
|     a/k/a, "La Mexicana", | ) |
|     a/k/a, "Mex", a/k/a, "La Loca", | ) |
|     a/k/a, "Karla", a/k/a, "Kara", | ) |
|     a/k/a, Marangeli Castro Rivera, | ) |
|     a/k/a, Marangeli Rivera Castro, | ) |
| GERSON NUNEZ, | ) |
| MIRIAN YNOCENCIA NUNEZ a/k/a, Mirian | ) |
|     Ynocencia Ceballos-Liriano, | ) |
| JUAN FRANCISCO "Frank" RINCON VALERA, | ) |
| FELIPE ALBERTO NUNEZ MERCEDES, | ) |
| ANTONIO PANIAGUA HODGE, | ) |
| JULIO ENRIQUE VELEZ a/k/a, Antonio | ) |
|     Dominguez, a/k/a, "Tony", | ) |
| KARA GRACE CLEVELAND a/k/a, | ) |
|     "L'Americana", a/k/a, "La Gorda", | ) |
| LUIS SUAZO GUERRERO a/k/a, Papito", | ) |
| SALVADOR AYALA SANCHEZ, | ) |
| EDWARD S. LABERE a/k/a, "El Indio", | ) |
| EFRAIN LECHUGA GUTIERREZ | ) |
|     a/k/a, Lucas Gutierrez, | ) |
|     a/k/a, Antonio Gutierrez, | ) |
|     a/k/a, "Tony", a/k/a, "Lechuga", | ) |
| ARELIS YNOCENCIA CEBALLOS-LIRIANO, | ) |
| FELIPE SANCHEZ MONTES a/k/a, Felipe | ) |
|     Salazar, a/k/a, Homero Picazo, | ) |
|     a/k/a, "Marco", a/k/a, "Marcos", | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:99-cr-036-HRH |

*ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD*
<u>*United States of America v. Gerson Nunez*</u>                                                                *Page 1 of 2*
*Case No. 3:99-cr-036-HRH*

**ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The court having considered John C. Pharr's motion to withdraw from further representation of defendant Gerson Nunez in Case No. 3:99-cr-036-HRH,

It is hereby ORDERED, ADJUDGED and DECREED that John C. Pharr is hereby allowed to withdraw from the above-captioned matters. All further pleadings shall be served upon defendant Gerson Nunez, # 46057-054 at his address of:

>   c/o USP Canaan
>   P.O. Box 300
>   Waymart, Pennsylvania 18472

DATED at Anchorage, Alaska, this ___ day of ____ 2008.

>   _____
>   U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
March 11, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr