Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FANNY MARGARITA PALACIOS-IBARRA | ) |
| a/k/a, "La Mexicana", | ) |
| a/k/a, "Mex", a/k/a, "La Loca", | ) |
| a/k/a, "Karla", a/k/a, "Kara", | ) |
| a/k/a, Marangeli Castro Rivera, | ) |
| a/k/a, Marangeli Rivera Castro, | ) |
| GERSON NUNEZ, | ) |
| MIRIAN YNOCENCIA NUNEZ a/k/a, Mirian | ) |
| Ynocencia Ceballos-Liriano, | ) |
| JUAN FRANCISCO "Frank" RINCON VALERA, | ) |
| FELIPE ALBERTO NUNEZ MERCEDES, | ) |
| ANTONIO PANIAGUA HODGE, | ) |
| JULIO ENRIQUE VELEZ a/k/a, Antonio | ) |
| Dominguez, a/k/a, "Tony", | ) |
| KARA GRACE CLEVELAND a/k/a, | ) |
| "L'Americana", a/k/a, "La Gorda", | ) |
| LUIS SUAZO GUERRERO a/k/a, Papito", | ) |
| SALVADOR AYALA SANCHEZ, | ) |
| EDWARD S. LABERE a/k/a, "El Indio", | ) |
| EFRAIN LECHUGA GUTIERREZ | ) |
| a/k/a, Lucas Gutierrez, | ) |
| a/k/a, Antonio Gutierrez, | ) |
| a/k/a, "Tony", a/k/a, "Lechuga", | ) |
| ARELIS YNOCENCIA CEBALLOS-LIRIANO, | ) |
| FELIPE SANCHEZ MONTES a/k/a, Felipe | ) |
| Salazar, a/k/a Homero Picazo, | ) |
| a/k/a, "Marco", a/k/a, "Marcos", | ) ) |
| Defendants. | ) |
| | ) Case No. 3:99-cr-036-HRH |

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD*
*United States of America v. Gerson Nunez*
*Case No. 3:99-cr-036-HRH*                                                              *Page 1 of 3*

## AFFIDAVIT OF JOHN C. PHARR
## IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, John Pharr, depose and state as follows:

1. I am the attorney of record for defendant Gerson Nunez who is incarcerated at USP Canaan.

2. Mr. Nunez wants to proceed pro se in his case, to pursue his remedies under the crack amendments.

3. I am therefore requesting to withdraw as counsel of record in the above-captioned action in accordance with Rule 81 (e)(1)(A).

4. Mr. Nunez's address is:

   c/o USP Canaan

   P.O. Box 300

   Waymart, Pennsylvania 18472

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 11th day of March 2008.

By: _____
    John C. Pharr, Esq.,
    Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 11th day of March 2008, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: June 8, 2010

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

AFFIDAVIT OF JOHN C. PHARR IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD
United States of America v. Gerson Nunez
Case No. 3:99-cr-036-HRH                                      Page 2 of 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2008, a copy of the foregoing was served electronically:

U.S. Attorney's Office

By: _____
    John C. Pharr

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

AFFIDAVIT OF JOHN C. PHARR IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD
United States of America v. Gerson Nunez
Case No. 3:99-cr-036-HRH