IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED MAR 11 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

| | |
|---|---|
| GERSON NUNEZ,<br>    Defendant, | D.C. NO.: A99-0036-HRH |
| vs. | |
| UNITED STATES OF AMERICA,<br>    Respondent. | Hon. H. Russel Holland<br>U.S. District Judge |

ORDER

NOW, this _____ day of _____, 2008, upon consideration of Defendant's Renewed Motion for Modification of Sentence Pursuant to Title 18 U.S.C. §3582(c); and the retroactivity of the U.S.S.G. and <u>Kimborough v. United States</u>, 128 S.Ct. 558, 569 (2007). IT IS HEREBY ORDERED that the Defendant Gerson Nunez be release from custody.

H. Russel Holland
U.S. District Judge