```
SENTENCE PROCEDURE: 4080 3559 PLRA SENTENCE
TERM IN EFFECT....: Y:      M: 121 D:                        DCB......: 04-06-2000
TIE CONVERTED.....: Y: 10   M: 1   D:                        DOB......:

PROJ GCT TO AWARD.: 432    ANNUAL AND 42 PRORATED = 474    TOTAL
DISALLOW / FORFEIT:        ANNUAL AND    PRORATED
FINAL GCT AWARDED.: 432  . ANNUAL AND 42 PRORATED = 474    TOTAL
PRORATE GCT FROM..: 03-15-2007 THRU: 12-26-2007

JAIL CREDIT FROM..:              THRU:
            FROM..:              THRU:              JC DAYS..: 387
INOP TIME   FROM..:              THRU:              INOP DAYS:

GED  UNSAT  FROM..:              THRU:
            FROM..:              THRU:

PROJECTED SRD.....: 12-26-2007
6 MONTH/ 10% DATE.: /
EFT...............: 04-13-2009                      HARDCOPY.: N
S5803 -    CHECK INMATE'S EDI RECORD FOR GED UNSAT - WILL AFFECT SRD FOR PLRA
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**EXHIBIT -I- BOP COMPUTATION SHEET**

CAA1I* Case 3:99-cr-00036-HRH  sEntenceumentaton3for Filed 03/11/2008   Page 1 of 03-05-2008