Reg. # 46057-054 / Federal Prison Camp - Canaan / P.O. Box 200 / Waymart, PA 18472

7 March 2008

AUSA Audrey J. Renschen
United States Attorney's Office
222 West 7th Avenue      #9
Anchorage, AK    99513

Re: <u>United States v Nunez</u>
    D.C. No.:  A99-0036-HRH

Dear AUSA Renschen:

   Enclosed please find a copy of my "Renewed Motion for Modification of Sentence and Motion to Remove Counsel".

   The issue is straight forward. Based upon the Federal Sentencing Commissions amendment of §1B1.10 on December 11, 2007 (retroactive); I will receive the two point reduction in offense level.

   I have no other issues and seek only the two point reduction which place me at level 32. This is 121 months which, with good conduct time (GCT) is time served (108 month to date).

   I suggest that you consider proceeding with an assented motion in order to conserve the Court's resources.

   May I have your assent to same? 1/

                                        Sincerely,
                                        Gerson Nunez, pro se

enclosure:

1/ You may contact me through my Case Manager - Mr. Gibson - SPC-Canaan: 570.488.8000 Ext. 8204.