EXHIBIT -B-

**UNITED STATES OF AMERICA, Plaintiff, vs. ALEJANDRO GILES CUEVAS, Defendant**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**2007 U.S. Dist. LEXIS 92747**
**No. 94-358-01-MA**
**December 14, 2007, Decided**
**December 14, 2007, Filed**

**Counsel** For Alejandro Giles-Cuevas (1), Defendant: James F. Halley, LEAD ATTORNEY, James F. Halley, PC, Portland, OR.

For USA, Plaintiff: Michael J. Brown, LEAD ATTORNEY, United States Attorney's Office, Portland, OR.

**Judges:** The Honorable Malcolm F. Marsh, United States District Court Judge.

**Opinion**

**Opinion by:** Malcolm F. Marsh

**Opinion**

ORDER REDUCING SENTENCE TO TIME SERVED ON ALL COUNTS OF CONVICTION

This matter having come before the Court upon the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c), and the Court having found that the retroactive amendment to the crack cocaine guideline reduces the base offense level from 34 to 32, and further recognizing the recent holding in **Kimbrough** v. United States, 2007 U.S. Lexis 13082 (Dec. 10, 2007) that the crack cocaine guidelines are advisory.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to time served on all counts as of December 14, 2007;

IT IS FURTHER ORDERED THAT all other terms and provisions of the original judgment remain in effect.

Date: December 14, 2007

/s/ Malcolm F. Marsh

The Honorable Malcolm F. Marsh

United States District Court Judge

DISHOT                                                        1

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.