EXHIBIT -C-

# Certificate of Achievement

This certifies that

**Gerson Nunez**

has satisfactorily completed

"Life Skills"

Consisting of __1.5__ Hours of Training

This certificate is hereby issued this __19th__ day of __September__, 20__07__

J Johnson, Supervisory Chaplain