EXHIBIT –D–

# Certificate of Accomplishment

This certificate is awarded to

## G. NUNEZ

for participation and completion of

**RPP HEALTH**

**December, 2007**

an Adult Continuing Education Class



ACE Coordinator

ACE Coordinator