EXHIBIT -E-

# Central Texas College
FICE 004003
Texas Credit
P.O. Box 1800
Killeen, TX 76540-1800
OFFICE OF THE REGISTRAR
**Permanent Academic Record**

Date Printed: 02/05/2004

Page 1 of 1

Mr. Gerson Nunez
P.O. Box 6000
Sheridan, OR 97378

SSN: 200289389
ID: 200289389
Birthdate: 12/09

TASP SCORES
READ
WRITE
MATH

Former Name:
HS Grad Date:

Degree:
Majors:
Date:
Honors:

| Course | Core | Course Title | Grade | Hrs Attmp. | Hrs Earned | Grade Points | GPA |
|---|---|---|---|---|---|---|---|
| Term 1, 2002 | | Regular Classes | | | | | |
| POFI 1301 | | Computer Applications | C | 3.0 | 3.0 | 6.0 | |
| POFT 1329 | | Keyboard&Document Formatting | A | 3.0 | 3.0 | 12.0 | |
| | | TERM TOTALS | | 6.0 | 6.0 | 18.0 | 3.000 |
| | | CUMULATIVE TOTALS | | 6.0 | 6.0 | 18.0 | 3.000 |
| Term 2, 2002 | | Regular Classes | | | | | |
| POFT 2301 | | Word Processing | B | 3.0 | 3.0 | 9.0 | |
| | | TERM TOTALS | | 3.0 | 3.0 | 9.0 | 3.000 |
| | | CUMULATIVE TOTALS | | 9.0 | 9.0 | 27.0 | 3.000 |
| Term 3, 2003 | | Regular Classes | | | | | |
| POFT 1325 | | Buss Math&Machine Applications | B | 3.0 | 3.0 | 9.0 | |
| POFT 2312 | | Bus. Correspondence & Comm. | A | 3.0 | 3.0 | 12.0 | |
| | | TERM TOTALS | | 6.0 | 6.0 | 21.0 | 3.500 |
| | | CUMULATIVE TOTALS | | 15.0 | 15.0 | 48.0 | 3.200 |
| Term 4, 2003 | | Regular Classes | | | | | |
| POFI 1340 | | Spreadsheets | A | 3.0 | *** IN PROCESS *** | | |
| POFT 1319 | | Records&Information Mgmt. I | B | 3.0 | *** IN PROCESS *** | | |
| Term 5, 2003 | | Regular Classes | | | | | |
| ACNT 1325 | | Principles of Accounting I | A | 3.0 | 3.0 | 12.0 | |
| POFT 1349 | | Admin Office Procedures II | B | 3.0 | 3.0 | 9.0 | |
| | | TERM TOTALS | | 6.0 | 6.0 | 21.0 | 3.500 |
| | | CUMULATIVE TOTALS | | 27.0 | 27.0 | 90.0 | 3.333 |

*********** END OF TRANSCRIPT TO DATE ***********

*In accordance with the Family Rights and Privacy Act of 1974, this transcript must not be released to a third party without authorization from the student.*

*********** TASP CLASSIFICATION FOR THE STATE OF TEXAS ***********
TASP Requirements NOT Met

Student is in good standing and is eligible to return unless otherwise stated. This transcript is not official unless it bears the signature and impression seal of the Registrar.