# Certificate of Enrollment

**Issued To:**

Gerson Nunez 46057-054
Po Box 200
Waymart, PA 18472

**Date of Issue:**
11-13-2007

**Issued By:**

Ashworth College

**Degree Program:**

Associate Degree Program in Paralegal Studies

**Approved By:**

*F. Milton Mills*



**Student Number:**

AC0713482

A1367.A

## CERTIFICATE OF ENROLLMENT • KEEP FOR YOUR RECORDS

Gerson Nunez 46057-054:

- The above Certificate of Enrollment for the Ashworth College Associate Degree Program in Paralegal Studies has been issued in your name.

- In just a few short days you will be receiving materials for your first course, along with your Ashworth College STUDENT HANDBOOK.

- Though you can begin your first course right away, it is important that you immediately go to your STUDENT HANDBOOK for easy instructions on completing your admissions process.

- An important part of the admissions process is completing the appropriate forms that will be included in your Student Handbook, or can be downloaded online at **www.ashworthcollege.com**.

- We are very pleased to welcome you as a student of Ashworth College. If you have any questions, please don't hesitate to visit your student web site, **students.ashworthuniversity.edu**, or call us at **(800) 224-7234**.



POWER TO SUCCEED