AFFIDAVIT OF GERSON NUNEZ

RECEIVED
APR 0 3 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

STATE OF PENNSYLVANIA )
                       )  ss.
COUNTY OF WAYMART      )
                       )

I, Gerson Nunez, depose and state as follows:

1. I am the Defendant in the case at bar, who hereby is proceeding pro se in the entitled matter.

2. I, was sentenced to One Hundred and Fifty One (151) months of imprisonment. The lower end the the U.S. Sentencing Guidelines.

3. As of today, I served One Hundred and Eighth (108) months and Eleven (11) days.

4. I, maintained clear conduct during my incarceration; and, I have participated in different programs. (See Exhibits attached to the letter motion).

5. I am currently enrolled at Ashworth University taking an Associate Degree on Paralegal. (See Exhibit -F-).

6. In 2003, I participated on an Eighth Hundred Fourteen (814) hours of Computer Technology (Exhibit -E-).

7. In 2002, I participate on a computer classes as well, which included Word Perfect and Excell 2000. The class was one (1) year long.

8.  On Friday 14, 2008, the Probation Department of New York visited Defendant's mother residence where the Defendant would be residing after release from custody.

9.  My Case Manager Mr. Paul Gibson has prepared my release paper work. Also, the BOP has taken my DNA.

FURTHER YOUR AFFIANT SAYETH NAUGHT

Dated at Waymart, Pennsylvania, this 28th day of March, 2008.

By: _____
Gerson Nunez #46057-054
SPC-Canaan, P.O. Box 200
Waymart, PA 18472

I, Gerson Nunez, declared under the penalty of perjury and Pursuant to Title 28 U.S.C. §1746, that the information contained in this affidavit is true and correct as to the best of my knowledge.

Dated this 28th day of March, 2008.

_____
Gerson Nunez