### MINUTES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA        v.   PALACIOS-IBARRA, et al.

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.  3:99-cr-0036-HRH

This Minute Order Pertains to:       Gerson NUNEZ (D-02)

Deputy Clerk                         Official Recorder

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Defendant Nunez moves to supplement his renewed motion for modification of sentence pursuant to 18 U.S.C. § 3582(c). (Docket No. 688.) The motion is unopposed. The motion is granted.

The court will consider the defendant's filing at Docket No. 688 as a supplement to defendant's renewed motion.

- 1 -