NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-5011
Email: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:99-cr-0036-02 (HRH) |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION FOR A |
| ) | ONE WEEK EXTENSION OF TIME |
| v. ) | TO RESPOND TO DEFENDANT'S |
| ) | MOTIONS AT DOCKETS 681 AND |
| GERSON NUNEZ, ) | 688, FOR REDUCTION OF |
| ) | SENTENCE PURSUANT TO |
| Defendant. ) | 18 U.S.C. § 3582(C) |
| ) | |
| ) | *Filed on Shortened Time* |

Plaintiff United States of America, through its counsel of record, Assistant United States Attorney Audrey J. Renschen, hereby requests an additional week to respond to defendant's motions for crack sentencing reductions under 18 U.S.C. 3582(c). An imminent change in the commentary to U.S.S.G. § 2D1.1 takes effect tomorrow, May 1, 2008.

Undersigned counsel was in the process of filing her opposition when she first learned of that revision. Although today Gerson Nunez does not appear to qualify for any sentencing reduction under applicable Sentencing Guidelines and case law, it is unclear whether tomorrow's changes will produce a different result.

Undersigned counsel believes if she is given an additional week, she can more accurately assess the feasibility of Nunez' requested sentencing reduction.

RESPECTFULLY SUBMITTED this 30th day of April, 2008, at Anchorage, Alaska.

>NELSON. P. COHEN
>United States Attorney
>
>s/Audrey J. Renschen
>AUDREY J. RENSCHEN
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-5011
>Email: audrey.renschen@usdoj.gov

I declare under penalty of perjury that a true and correct
 copy of the foregoing was sent to the pro se defendant
on April 9, 2008, via United States Mail at the following address:

Gerson Nunez, Pro Se
Reg. No. 46057-054
SPC – Canaan,
P.O. Box 200
Waymart, PA 18472

s/Audrey J. Renschen