IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:99-cr-0036-02 (HRH) |
| Plaintiff, | ) <br> ) **[PROPOSED] ORDER** |
| | ) **GRANTING MOTION FOR A** |
| vs. | ) **ONE WEEK EXTENSION OF** |
| | ) **TIME TO RESPOND TO** |
| GERSON NUNEZ, | ) **DEFENDANT'S MOTIONS AT** |
| | ) **DOCKETS 681 AND 688, FOR** |
| Defendant. | ) **REDUCTION OF SENTENCE** |
| | ) **PURSUANT TO** |
| | **18 U.S.C. § 3582(C)** |

The Government's Motion for a One Week Extension of Time to Respond to Defendant's Motions at Dockets 681 and 688 in this case is hereby GRANTED. It is ordered that the government will file its responses on or before May 8, 2008.

IT IS SO ORDERED.


Dated: _____   _____
UNITED STATES DISTRICT COURT JUDGE