**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>        v.  <u>PALACIOS-IBARRA, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.  <u>3:99-cr-0036-HRH</u>

This Minute Order Pertains to:        <u>Gerson NUNEZ (D-02)</u>

<u>Deputy Clerk</u>                <u>Official Recorder</u>
_____        _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The Government's motion (Docket No. 695), filed on shortened time, for a one-week extension to respond to defendant Nunez's motion regarding retroactive application of sentencing guidelines (<u>see</u> Docket Nos. 681 and 688) is hereby granted.  The Government will file its responses on or before May 8, 2008.

- 1 -