- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>         v.   <u>PALACIOS-IBARRA, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.  <u>3:99-cr-0036-HRH</u>

This Minute Order Pertains to:         <u>Gerson NUNEZ (D-02)</u>

<u>Deputy Clerk</u>                         <u>Official Recorder</u>
_____          _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    Defendant Nunez filed a second motion to supplement his renewed motion for modification of sentence pursuant to 18 U.S.C. § 3582(c). (Docket No. 697.)  The motion is unopposed.  The motion is granted.

    The court has considered the defendant's filing at Docket No. 697 as a supplement to defendant's renewed motion.