➔AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Alaska

**RECEIVED MAY 14 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK.**

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Gerson Nunez ) | Case No: 3:99-cr-00036-02-HRH |
| ) | USM No: 46057054 |
| Date of Previous Judgment: April 11, 2000 ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months **is reduced to** __121 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  __34__           Amended Offense Level:  __32__
Criminal History Category:  __I__           Criminal History Category:  __I__
Previous Guideline Range:  __151__ to __188__ months    Amended Guideline Range:  __121__ to __151__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __4/11/00__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  __5/14/08__

Effective Date:  _____
(if different from order date)

_REDACTED SIGNATURE_
Judge's signature

H. Russel Holland, U.S. District Judge
Printed name and title